

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Joe C. Humphrey, Chairman
Congressional and Legislative Districts Committee
House of Representatives
49th Legislature
Austin, Texas

Dear Mr. Humphrey:          Opinion No. O-6488

Re: Power of the Legislature to
table a bill which the Constitu-
tion mandatorily requires the
Legislature to enact, such as re-
apportionment legislation, re-
quired by Section 28 of Article
III of the Constitution.

We beg to acknowledge receipt of your request for an
opinion upon the above subject matter, as follows:

"As chairman of the House Committee on Con-
gressional and Legislative Districts, I would
like to request an opinion of you in reference
to House Bill No. 4, the Legislative Redistrict-
ing Bill which was introduced by the Honorable
Harley Sadler of Sweetwater.

"This bill was given emergency status by
Governor Coke R. Stevenson. When this bill
reached the House calendar recently, a motion
was made on the floor of the House to table
the bill. This motion carried by a vote of
seventy-five to fifty-eight.

"The question which I am directing to you
is this: Can the Legislature table a bill which
the Constitution requires the Legislature to en-
act?

Section 28 of Article 3, of the Constitution
of Texas, provides for the re-apportionment of
the Legislature into Senatorial and Representa-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Joe Humphrey - p. 2

tive districts in accordance with the provisions
of Sections 25 and 26 of Article 3. Since Sec-
tion 28 states, 'The Legislature shall, at its
first session after publication of each United
States decennial census, apportion the State into
Senatorial and Representative districts, agree-
ably to the provisions of Sections 25 and 26 of
this Article. ...,' I would like to ask of your
department a second question; namely, does this
section mean that the obligation of redistrict-
ing the State rest only and entirely on the first
session after the United States decennial census
has been taken, or is it a continuing obligation
of each session of the Legislature, after the
census has been taken, to redistrict the State un-
til such time as the State has been redistricted?"

Article III, Section 11, of the Constitution of Texas
is in part as follows:

"'Each House may determine the rules of its
own proceedings. ...'"

Sections 25, 26 and 28 of Article III of the Constitu-
tion are pertinent to your inquiries, and are as follows:

"Sec. 25. The State shall be divided into
Senatorial Districts of contiguous territory ac-
cording to the number of qualified electors, as
nearly as may be, and each district shall be en-
titled to elect one Senator; and no single county
shall be entitled to more than one Senator.

"Sec. 26. The members of the House of Repre-
sentatives shall be apportioned among the several
counties, according to the number of population
in each, as nearly as may be, on a ratio obtained
by dividing the population of the State, as ascer-
tained by the most recent United States census,
by the number of members of which the House is
composed; provided, that whenever a single county
has sufficient population to be entitled to a
Representative, such county shall be formed into
a separate Representative District, and when two
or more counties are required to make up the ratio
of representation, such counties shall be contig-
uous to each other; and when any one county has

more than sufficient population to be entitled to
one or more Representatives, such Representative
or Representatives shall be apportioned to such
county, and for any surplus of population it may
be joined in a Representative District with any
other contiguous county or counties.

"Sec. 28. The Legislature shall, at its
first session after the publication of each Uni-
ted States decennial census, apportion the State
into Senatorial and Representative districts,
agreeably to the provisions of sections 25 and
26 of this Article; and until the next decennial
census, when the first apportionment shall be
made by the Legislature, the State shall be, and
it is hereby divided into Senatorial and Repre-
sentative districts as provided by an ordinance
of the Convention on that subject."

Each of these provisions is mandatory in form and in
substance, for they use the familiar language of command. In
the nature of the thing to be done, however, the Constitution
is not self-enacting, nor could it be, but the duty of re-appor-
tioning the State into Senatorial and Representative districts
is expressly imposed upon the Legislature. It is, of course,
true the Constitution provides no penalty or consequence what-
ever for the failure of the Legislature to obey this mandate,
yet the Legislature is powerless to absolve itself from the
performance of that duty by any act whatsoever.

So that, you are respectfully advised the Legislature.
under its own rules of proceedings, may table a redistricting
bill, but it cannot by such parliamentary procedure deprive
itself of the power to comply, nor relieve itself of the duty
of complying with said provisions of the Constitution other
than by passing some form of redistricting bill.

You are further advised with respect to your second
question that the language of Section 28, "The Legislature shall,
at its first session after the publication of each United States
decennial census" is not a limitation upon the power of the Legis-
lature, but rather is an accentuation of the importance of the
subject matter of the Section. In answer to your second question,
therefore, you are advised that this Section means the redistrict-
ing of the State is a continuing duty of the Legislature until
such time as the State has been redistricted. We also refer you
to our Opinion No. O-4899, a copy of which you evidently have.

Honorable Joe Humphrey - p. 4

We trust that what we have said sufficiently answers your inquiry.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

APPROVED MAR 30 1945

FIRST ASSISTANT
ATTORNEY GENERAL

OS-MR


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN